IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PHILIP MORRIS USA INC.,

    Plaintiff,

v.                                          Civil Case No. 3:15cv577

AMERICAN ACCESSORIES
INTERNATIONAL, L.L.C.,

    Defendant.

## ORDER

    It is hereby ORDERED that the settlement conference and proceedings are referred to United States Magistrate David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within five (5) days of the date of this Order to schedule the conference, which should occur at such time as Magistrate Judge Novak shall approve.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: January 6, 2016
Richmond, VA