IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PHILIP MORRIS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15 cv00577 |
| | ) |
| AMERICAN ACCESSORIES | ) |
| INTERNATIONAL, L.L.C. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

COMES NOW, the parties, by counsel, and agree to the following:

1. Philip Morris USA ("PM USA") stipulates that it is a wholly owned subsidiary of Altria Group, Inc., and that PM USA shall stand in the place of its affiliates Altria Client Services Inc. ("ALCS") and Altria Group Distribution Company ("AGDC") with regard to all rights, obligations, liabilities, and interests that ALCS and/or AGDC may have or bear in relation to the "3-in-1 Flashlight" that is the subject matter of this litigation. This stipulation is limited to this litigation and shall not apply or have effect outside of this litigation.

DATED: February 1, 2016

                                                                Respectfully Submitted,

                                                                AMERICAN ACCESSORIES
                                                                 INTERNATIONAL, L.L.C

| /s/ | /s/ |
|---|---|
| Turner A. Broughton, Esquire | F. Douglas Ross, Esquire (VSB No. 23070) |
| WILLIAMS MULLEN | Bruce M. Blanchard, Esquire (VSB No. 23778) |
| 200 South 10th Street | Luke J. Archer, Esquire (VSB No. 81815) |
| Richmond, VA 23219 | ODIN, FELDMAN & PITTLEMAN, P.C. |
| Telephone: (804) 420-6000 | 1775 Wiehle Avenue, Suite 400 |

Fax: (804) 420-6507
tbroughton@williamsmullen.com

Anand Agneshwar, Esquire
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212)715-1000
Facsimile: (212)715-1399
anand.agneshwar@aporter.com

Paige Hester Sharpe, Esquire
Michael E. Kientzle, Esquire
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
paige.sharpe@aporter.com
michael.kientzle@aporter.com
*Counsel for Plaintiff Philip Morris USA Inc.*

Reston, Virginia  20190
Telephone: (703) 218-2100
Facsimile:  (703) 218-2160
Douglas.Ross@ofplaw.com
Bruce.Blanchard@ofplaw.com
Luke.Archer@ofplaw.com
*Counsel for Defendant American Accessories International L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 1, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF), to the following:

Turner A. Broughton, Esquire
WILLIAMS MULLEN
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
tbroughton@williamsmullen.com

Anand Agneshwar, Esquire
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212)715-1000
Facsimile: (212)715-1399
anand.agneshwar@aporter.com

Paige H. Sharpe, Esquire
Michael E. Kientzle, Esquire
ARNOLD & PORTER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
paige.sharpe@aporter.com
michael.kientzle@aporter.com
*Counsel for Plaintiff Philip Morris USA Inc.*

      /s/
F. Douglas Ross, Esquire (VSB No. 23070)
Bruce M. Blanchard, Esquire (VSB No. 23778)
Luke J. Archer, Esquire (VSB No. 81815)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: (703) 218-2100
Facsimile: (703) 218-2160

Douglas.Ross@ofplaw.com
Bruce.Blanchard@ofplaw.com
Luke.Archer@ofplaw.com
*Counsel for Defendant American Accessories
International L.L.C.*

#2968702v1