IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:15-cv-00577__, Case Name __Philip Morris USA v. Am. Accessories Int'l L__
Party Represented by Applicant: __American Accessories International, L.L.C.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Roy Bradford Brittian__
Bar Identification Number __#007130__     State __Tennessee__
Firm Name __Merchant & Gould P.C.__
Firm Phone # __865-380-5960__     Direct Dial # __865-380-5979__     FAX # __865-380-5999__
E-Mail Address __bbrittian@merchantgould.com__
Office **Mailing** Address __9717 Cogdill Road, Suite 101, Knoxville, TN 37932__

Name(s) of federal court(s) in which I have been admitted __*Please see attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     __4-8-16__
(Signature)                           (Date)
F. Douglas Ross                       #23070
(Typed or Printed Name)               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____


_____     _____
(Judge's Signature)                   (Date)

**Roy Bradford Brittian— Federal Court Admissions**

Supreme Court of Tennessee
U.S. Eastern District of Tennessee
U.S. Middle District of Tennessee
U.S. Court of Appeals for the Sixth Circuit
U.S. Court of Appeals for the Federal Circuit
U.S. Supreme Court
U.S. Court of Federal Claims