UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ACCESSORIES INTERNATIONAL, L.L.C., <br><br> Defendant. | Civil Action No. 3:15-cv-00577-JAG |

## CONSENT ORDER

This matter came on upon the Parties' Joint Consent Motion for Extension of Time to extend the discovery deadline from May 9, 2016 to May 11, 2016, to allow the parties to take two additional non-expert depositions in this matter, and to extend the briefing deadline for Summary Judgment and Daubert Motions for two weeks, from May 19, 2016 to June 2, 2016, to allow for the depositions of experts;

And it appearing to the Court that the Consent Motion should be granted for the reasons stated therein, including that the Consent Motion will not alter any of the other scheduling deadlines in this case; it is hereby

ORDERED that the Parties' Consent Motion for Extension of Time is hereby granted and the discovery deadline is extended to May 11, 2016, and the deadline for filing Summary Judgment and/or Daubert Motions is extended to June 2, 2016.

ENTERED this 6 day of May, 2016.

/s/ John A. Gibney, Jr.
United States District Judge

Copies to:

Turner Broughton (VSB # 42627)
tbroughton@williamsmullen.com
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, VA 23219
Phone: (804) 420-6000
Fax:    (804) 420-6507

Anand Agneshwar (pro hac vice)
anand.agneshwar@aporter.com
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Phone: (804) 420-6000
Fax:    (804) 420-6507

Paige Sharpe (VSB # 88883)
paige.sharpe@aporter.com
Michael Kientzle (VSB # 85487)
michael.kientzle@aporter.com
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Phone: (202) 942-5000
Fax:    (202) 942-5999
Counsel for Philip Morris USA Inc.

F. Douglas Ross (VSB # 23070)
Douglas.Ross@ofplaw.com
Bruce M. Blanchard (VSB # 23778)
Bruce.Blanchard@ofplaw.com
Luke J. Archer (VSB # 81815)
Luke.Archer@ofplaw.com
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue
Reston, Virginia 20190
Phone: (703) 218-2100
Fax:    (703) 218-2160
Counsel for Defendant
American Accessories International, L.L.C.

#3087741v1 083001/000004