## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (RICHMOND DIVISION)

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>AMERICAN ACCESSORIES<br>INTERNATIONAL, L.L.C.,<br><br>       Defendant. | **Civil Action No. 3:15-cv-00577-JAG** |

## <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>
## <u>OF PLAINTIFF PHILIP MORRIS USA INC.</u>

For the reasons set forth in the accompanying memorandum, Plaintiff Philip Morris USA

Inc., by counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(E) of the

United States District Court for the Eastern District of Virginia, moves this Court for partial

summary judgment in its favor and against Defendant American Accessories International,

L.L.C.


Dated:  June 2, 2016                    Respectfully submitted,

PLAINTIFF PHILIP MORRIS USA INC.

By: _____/s/_____
Turner Broughton (VSB # 42627)
tbroughton@williamsmullen.com
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, VA  23219
Phone:  (804) 420-6000
Fax:    (804) 420-6507

Anand Agneshwar (*pro hac vice*)
anand.agneshwar@aporter.com
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
Phone: (804) 420-6000
Fax:  (804) 420-6507

Paige Sharpe (VSB # 88883)
paige.sharpe@aporter.com
Jocelyn Wiesner (*pro hac vice*)
jocelyn.wiesner@aporter.com
Emily May (*pro hac vice*)
emily.may@aporter.com
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC  20001
Phone:  (202) 942-5000
Fax:  (202) 942-5999

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of June 2016, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following, as well as a copy via email and hand delivery to:

F. Douglas Ross
Douglas.Ross@ofplaw.com
Bruce M. Blanchard
Bruce.Blanchard@ofplaw.com
Luke J. Archer
Luke.Archer@ofplaw.com
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

R. Bradford Brittian
bbrittian@merchantgould.com
John T. Winemiller
jwinemiller@merchantgould.com
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

*Counsel for Defendant*
*American Accessories International, L.L.C.*


                                        /s/
                                    Turner Broughton
                                    *Counsel for Plaintiff Philip Morris USA Inc.*