**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ACCESSORIES INTERNATIONAL, L.L.C., <br><br> Defendant. | **Civil Action No. 3:15-cv-00577** |

**DEFENDANT AMERICAN ACCESSORIES INTERNATIONAL, L.L.C.'S
MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF ALAN SCHOEM**

Defendant American Accessories International, L.L.C. ("AAI"), by counsel, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1983), moves to exclude or limit the testimony of Alan Schoem for the reasons set forth in the accompanying Memorandum.

            Respectfully Submitted,

            AMERICAN ACCESSORIES
            INTERNATIONAL, L.L.C.

            By Counsel

             *F. Douglas Ross*
            F. Douglas Ross, Esquire (VSB No. 23070)
            ODIN, FELDMAN & PITTLEMAN, P.C.
            1775 Wiehle Avenue, Suite 400
            Reston, Virginia 20190
            Telephone: (703) 218-2100
            Facsimile: (703) 218-2160
            Douglas.Ross@ofplaw.com
            *Counsel for Defendant*

R. Bradford Brittian, Esquire
John T. Winemiller, Esquire
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932
Phone: (865) 380-5977
Fax: (865) 380-5999
bbrittian@merchantgould.com
jwinemiller@merchantgould.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2016, I electronically filed the foregoing Defendant American Accessories International, L.L.C.'s Motion To Exclude or Limit The Testimony of Alan Schoem with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Turner A. Broughton, Esquire
WILLIAMS MULLEN
200 South 10th Street
Richmond, VA 23219

Anand Agneshwar, Esquire
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

Paige Hester Sharpe, Esquire
Michael E. Kientzle, Esquire
Emily Muriel May, Esquire
Jocelyn Wiesner, Esquire
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

　　　　*F. Douglas Ross*　　　　
F. Douglas Ross, Esquire (VSB No. 23070)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Telephone: (703) 218-2100
Facsimile: (703) 218-2160
Douglas.Ross@ofplaw.com
*Counsel for Defendant*

#3115382v1 083001/000004