**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| PHILIP MORRIS USA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN ACCESSORIES INTERNATIONAL, L.L.C., <br><br> Defendant. | **Civil Action No. 3:15-cv-00577-JAG** |

**EXHIBIT LIST OF PLAINTIFF PHILIP MORRIS USA INC.**

Plaintiff Philip Morris USA Inc., by counsel, submits the following list of exhibits in accordance with this Court's Initial Pretrial Order:

**EXHIBITS**

| Exhibit Number | Bates Number | Description |
|---|---|---|
| 1. | 5151431399-400 | Original Instruction Sheet |
| 2. | N/A | Compilation of Excerpts from AAI's Website |
| 3. | N/A | CPSC Manufacturer's Guide to Developing Consumer Product Instructions (October 2003) |
| 4. | N/A | CPSC Handbook for Manufacturing Safer Consumer Products (July 2006) |
| 5. | N/A | Consumer Product Safety Act, 15 U.S.C. §§ 2051-2089 (2008) |
| 6. | N/A | CPSC Recall Handbook (March 2012) |
| 7. | 5018837374-77 | May 20, 2013 Email from Rick Clements with Attachment |
| 8. | AAI00001472-73 | May 20, 2013 Email from David Zeanah |
| 9. | AAI0001735-1746 | May 22, 2013 Email from Serena Wu |
| 10. | AAI00000008-0009 | May 22, 2013 Inspiration Images |
| 11. | AAI00001252-1266 | May 30, 2013 Email from Kathryn Simers with Attachment |
| 12. | AAI00001268-69 | May 30, 3013 Email from David Zeanah |
| 13. | 5018837857-72 | May 31, 2013 Email from David Zeanah with Attachment |
| 14. | AAI00009469-9499 | June 13, 2013 Email from Kathryn Simers |

| | | |
|---|---|---|
| 15. | AAI00009542-9546 | June 13, 2013 Email from Kathryn Simers with Attachment |
| 16. | 5018797811-814 | June 25, 2013 Email from David Zeanah |
| 17. | 5018837890-7894 | June 26, 2013 Email from David Zeanah with Attachment |
| 18. | AAI00000147-148 | June 27, 2013 Email from David Zeanah |
| 19. | AAI00000154-159 | July 1, 2013 Email from David Zeanah |
| 20. | AAI00010945-948 | July 2, 2013 Email from Chee Seng Teo with Attachment |
| 21. | AAI00010927-928 | July 2, 2013 Email from David Zeanah |
| 22. | AAI00010858-860 | July 4, 2013 Email from Chee Seng Teo |
| 23. | 501879770-7701 | July 8, 2013 Email from David Zeanah |
| 24. | 5151431407 | July 10, 2013 AAI Indemnification Letter from Jill Smith |
| 25. | AAI00010018-[native] | July 11, 2013 Email from Jill Smith with Attachment |
| 26. | 5018797061-066 | July 22, 2013 Email from David Zeanah with Attachment |
| 27. | N/A | August 27, 2013 - Certified Translation of the Patent Application with Certification |
| 28. | AAI00010378 | July 22, 2013 Email from Chee Seng Teo |
| 29. | AAI00010264-266 | July 23, 2013 Email from Chee Seng Teo |
| 30. | 5018837559-560 | August 14, 2013 Email from David Zeanah |
| 31. | 5018837995-8021 | August 27, 2013 Email from Jill Smith with Attachment |
| 32. | AAI00031765-770 | September 16, 2013 Email from Athena Chen with Attachment |
| 33. | 5018796426-428 | September 20, 2013 Email from David Zeanah with Attachment |
| 34. | AAI00000291; 289-90 | September 20, 2013 Email from Mary Isemann with Attachment |
| 35. | AAI00025243-261 | September 23, 2013 Purchase Order |
| 36. | 5018796317-18; 5018786371;5018786376 | September 25, 2013 Email from Rick Clements with Attachment |
| 37. | 5018837927-929 | September 26, 2013 Purchase Order |
| 38. | 5018837925-926 | September 27, 2013 Email from Cassie McMahan |
| 39. | AAI00030599-600 | September 30, 2013 Email from Eric Zeanah |
| 40. | AAI00035685-688 | October 17, 2013 Email from Chee Seng Teo |
| 41. | AAI00035327-331 | October 18, 2013 Email from J. Smith |
| 42. | 5018791182-184 | October 18, 2013 SGS Test Report |
| 43. | 5018791185-187 | October 18, 2013 SGS Test Report |
| 44. | 5018791188-189 | October 22, 2013 SGS Test Report |
| 45. | 5018791190-1191 | October 23, 2013 SGS Test Report |
| 46. | 5018791192-1193 | October 23, 2013 SGS Test Report |

| | | |
|---|---|---|
| 47. | 5018791194-1195 | October 23, 2013 SGS Test Report |
| 48. | AAI00033805-809 | October 24, 2013 Email from Mary Isemann |
| 49. | 5018791196-1197 | October 29, 2013 SGS Test Report |
| 50. | 5018791198-1199 | October 29, 2013 SGS Test Report |
| 51. | 5018791200-201 | October 29, 2013 SGS Test Report |
| 52. | 5018791202-204 | October 30, 2013 SGS Test Report |
| 53. | 5018791205-207 | October 30, 2013 SGS Test Report |
| 54. | 5018791211-1213 | October 30, 2013 SGS Test Report |
| 55. | 5018791214-1216 | October 30, 2013 SGS Test Report |
| 56. | 5018791177-1181 | October 31, 2013 Summary Test Report |
| 57. | 5018814418-421 | November 1, 2013 Purchase Order |
| 58. | 5018791217-1219 | November 1, 2013 SGS Test Report |
| 59. | 5018791223-1225 | November 2, 2013 SGS Test Report |
| 60. | 5018791226-1231 | November 2, 2013 SGS Test Report |
| 61. | AAI0000321-323 | November 6, 2013 Email from Mary Isemann |
| 62. | 5018790953-0966 | November 7, 2013 Email from Jill Smith with Attachment |
| 63. | AAI00000346-355 | November 7, 2013 Inline/Final Inspection Summary |
| 64. | 5018791208-1210 | November 8, 2013 SGS Test Report |
| 65. | 5018791171-1176 | November 11, 2013 SGS Commission Test Report |
| 66. | 5018791220-1222 | November 13, 2013 SGS Test Report |
| 67. | 5018840436-454 | November 18, 2013 Pre-Shipment Inspection Report |
| 68. | 5018840455-470 | November 22, 2013 Pre-Shipment Inspection Report |
| 69. | 5018800305-09 | November 26, 2013 Purchase Order |
| 70. | 5018837990 | November 27, 2013 Email from Jill Smith |
| 71. | 5018840471-491 | November 29, 2013 Pre-Shipment Inspection Report |
| 72. | 5018840395-412 | December 6, 2013 Pre-Shipment Inspection Report |
| 73. | 5018840327-344 | December 12, 2013 Pre-Shipment Inspection Report |
| 74. | 5018840345-372 | December 19, 2013 Pre-Shipment Inspection Report |
| 75. | 5018840373-394 | December 27, 2013 Pre-Shipment Inspection Report |
| 76. | 5019121592-94 | January 15, 2014 Purchase Order |
| 77. | 5018840413-435 | January 6, 2014 Pre-Shipment Inspection Report |
| 78. | 9527526525 | March 4, 2014 Email from David Anderson |
| 79. | AAI00000638-640 | March 5, 2014 Email from Eric Zeanah |
| 80. | 5018815035-39 | March 5, 2014 Email from Rick Clements with |

| | | Attachments |
|---|---|---|
| 81. | 5018841832-834 | March 7, 2014 Email from Eric Zeanah |
| 82. | AAI00045934;[native]; AAI00047146-41151 | March 7, 2014 Email from Molly Arwood with Attachment |
| 83. | 5018837737-740 | March 9, 2014 Email from Eric Zeanah |
| 84. | AAI00020300-304 | March 10, 2014 Email from Chee Seng Teo |
| 85. | 5018839883-885 | March 11, 2014 UL Test Report |
| 86. | 5018837726-27 | March 17, 2014 Letter from Eric Zeanah to Mike & Maureen Love |
| 87. | 5018837726,29 | March 17, 2014 Letter from Eric Zeanah to Vickie Harden |
| 88. | 5019018696-708 | April 4, 2014 Consumer Complaint with Attachments |
| 89. | 5019126145-147 | April 4, 2014 Email from Diane Pinkney |
| 90. | 5018837751 | April 5, 2014 Email from Eric Zeanah |
| 91. | AAI00049383-388 | April 7, 2014 Email from Maria Rovito with Attachment |
| 92. | 5068543848-849 | April 8, 2014 Email from Eric Rubel |
| 93. | 5018842268-269 | April 09, 2014 Email from Eric Zeanah with Attachment |
| 94. | 5039155764-766 | April 10, 2014 Email from Eric Zeanah |
| 95. | AAI00047038 | April 10, 2014 Email from Eric Rubel |
| 96. | AAI00047010-018 | April 16, 2014 Email from Eric Rubel |
| 97. | 5113551297 | April 17, 2014 Email from Scott Edson |
| 98. | AAI00046813-814 | April 22, 2014 Email from Scott Edson |
| 99. | AAI00046308-307 | April 23, 2014 Email from Eric Rubel |
| 100. | AAI00046317-326 | April 25, 2014 Email from Eric Rubel |
| 101. | 5113550926 | April 30, 2014 Email from Eric Rubel |
| 102. | 5019120602-603 | May 2014 AGDC Monthly Progress Report |
| 103. | 5151430898-903 | May 5, 2014 Letter from Bradley Richardson |
| 104. | 5019142087 | June 2014 AGDC Monthly Progress Report |
| 105. | 9527368780 | July 2014 AGDC Monthly Progress Report |
| 106. | 9528174028 | July 2014 Stericycle Invoice |
| 107. | 9527322837 | August 2014 AGDC Monthly Progress Report |
| 108. | 9528174032 | August 2014 Stericycle Invoice |
| 109. | 9527458620 | September 2014 AGDC Monthly Progress Report |
| 110. | 9528173850 | September 2014 Stericycle Invoice |
| 111. | 9516506280 | October 2014 AGDC Monthly Progress Report |
| 112. | 9528174034 | October 2014 Stericycle Invoice |
| 113. | 5019160059 | November 2014 AGDC Monthly Progress Report |
| 114. | 9528173852 | November 2014 Stericycle Invoice |
| 115. | 5019285487 | December 2014 AGDC Monthly Progress Report |

| | | |
|---|---|---|
| 116. | 9528173853 | December 2014 Stericycle Invoice |
| 117. | 9516506276 | January 2015 AGDC Monthly Progress Report |
| 118. | 9528173854 | January 2015 Stericycle Invoice |
| 119. | 9516505630 | February 2015 AGDC Monthly Progress Report |
| 120. | 9528173855 | February 2015 Stericycle Invoice |
| 121. | 9516506395 | March 2015 AGDC Monthly Progress Report |
| 122. | 9528173843 | March 2015 Stericycle Invoice |
| 123. | 9516505600 | April 2015 AGDC Monthly Progress Report |
| 124. | 9528173737 | April 2015 Stericycle Invoice |
| 125. | 9516505610 | May 2015 AGDC Monthly Progress Report |
| 126. | 9516506093 | June 2015 AGDC Monthly Progress Report |
| 127. | 5113556620-650 | July 25, 2014 Email from M. Eisenstein with Attachments |
| 128. | 9516506357 | July 2015 AGDC Monthly Progress Report |
| 129. | 9516506313 | September 2015 AGDC Monthly Progress Report |
| 130. | 9516505705 | October 2015 AGDC Monthly Progress Report |
| 131. | 9516506699 | November 2015 AGDC Monthly Progress Report |
| 132. | 9516506705 | December 2015 AGDC Monthly Progress Report |
| 133. | 9516506701 | January 2016 AGDC Monthly Progress Report |
| 134. | 9516506703 | February 2016 AGDC Monthly Progress Report |
| 135. | To be produced | Stericycle invoices post-dating April 2015 |
| 136. | To be produced | Documentation reflecting number of replacement items shipped consumers |
| 137. | To be produced | Documentation reflecting fees paid to PFSWeb for shipping replacement items to consumers |
| 138. | To be produced | Documentation reflecting fees paid to Sitel for processing orders |
| 139. | To be produced | Documentation reflecting fees paid to Alorica for call center |
| 140. | To be produced | Documentation reflecting fees paid to Leo Burnett for sorry marketing mailing and buck slip production |
| 141. | To be produced | Stericycle fee proposal |

PM USA reserves the right to rely upon and use any exhibit identified by Defendant that is properly before the Court.

Pursuant to Paragraph 13 of this Court's Initial Pretrial Order, PM USA certifies that it is delivering pre-marked copies of the above-referenced exhibits to counsel for Defendant.

Dated:  June 8, 2016                              Respectfully submitted,

                                                                                  PLAINTIFF PHILIP MORRIS USA INC.

                                                                                  By:  _____/s/_____
Turner Broughton (VSB # 42627)
tbroughton@williamsmullen.com
Williams Mullen
A Professional Corporation
200 South 10th Street
Richmond, VA  23219
Phone:  (804) 420-6000
Fax:     (804) 420-6507

Anand Agneshwar (*pro hac vice*)
anand.agneshwar@aporter.com
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
Phone: (804) 420-6000
Fax:  (804) 420-6507

Paige Sharpe (VSB # 88883)
paige.sharpe@aporter.com
Jocelyn Wiesner (*pro hac vice*)
jocelyn.wiesner@aporter.com
Emily May (*pro hac vice*)
emily.may@aporter.com
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC  20001
Phone:  (202) 942-5000
Fax:  (202) 942-5999

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, as well as a copy via email to:

F. Douglas Ross
Douglas.Ross@ofplaw.com
Bruce M. Blanchard
Bruce.Blanchard@ofplaw.com
Luke J. Archer
Luke.Archer@ofplaw.com
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

R. Bradford Brittian
bbrittian@merchantgould.com
John T. Winemiller
jwinemiller@merchantgould.com
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

*Counsel for Defendant*
*American Accessories International, L.L.C.*

I further certify that on the 8th day of June 2016, I served a copy via email to:

Richmond Turner Moore (*pro hac vice* pending)
rtmoore@wc.com
Shauna Meryl Kramer (*pro hac vice* pending)
skramer@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

*Counsel for Defendant*
*American Accessories International, L.L.C.*

/s/
Paige Sharpe
*Counsel for Plaintiff Philip Morris USA Inc.*