**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN ACCESSORIES INTERNATIONAL, L.L.C.,<br><br>    Defendant. | **Civil Action No. 3:15-cv-00577-JAG** |

### WITNESS LIST OF PLAINTIFF PHILIP MORRIS USA INC.

Plaintiff Philip Morris USA Inc., by counsel, submits the following list of witnesses in accordance with this Court's Initial Pretrial Order:

### WITNESSES

1. KC Crosthwaite
2. Diane Pinkney
3. Rick Clements
4. Michelle Pope
5. David Anderson
6. Eric Zeanah
7. David Zeanah
8. Jill Smith
9. Kathryn Simers
10. Molly Arwood
11. Scott Edson

12. Nancy Nord

13. Mary Isemann

14. Alan Schoem

15. Richard Stern

16. Eric Rubel

17. Any witnesses on Defendant's Witness List who are properly before the Court.

Dated:  June 8, 2016                                Respectfully submitted,

                                                    PLAINTIFF PHILIP MORRIS USA INC.

                                                    By:  _____/s/_____
                                                    Turner Broughton (VSB # 42627)
                                                    tbroughton@williamsmullen.com
                                                    Williams Mullen
                                                    A Professional Corporation
                                                    200 South 10th Street
                                                    Richmond, VA  23219
                                                    Phone:  (804) 420-6000
                                                    Fax:    (804) 420-6507

                                                    Anand Agneshwar (*pro hac vice*)
                                                    anand.agneshwar@aporter.com
                                                    Arnold & Porter LLP
                                                    399 Park Avenue
                                                    New York, NY  10022
                                                    Phone: (804) 420-6000
                                                    Fax:   (804) 420-6507

                                                    Paige Sharpe (VSB # 88883)
                                                    paige.sharpe@aporter.com
                                                    Jocelyn Wiesner (*pro hac vice*)
                                                    jocelyn.wiesner@aporter.com
                                                    Emily May (*pro hac vice*)
                                                    emily.may@aporter.com
                                                    Arnold & Porter LLP
                                                    601 Massachusetts Avenue NW
                                                    Washington, DC  20001
                                                    Phone:  (202) 942-5000
                                                    Fax:    (202) 942-5999

## **CERTIFICATE OF SERVICE**

I certify that on the 8th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, as well as a copy via email to:

F. Douglas Ross
Douglas.Ross@ofplaw.com
Bruce M. Blanchard
Bruce.Blanchard@ofplaw.com
Luke J. Archer
Luke.Archer@ofplaw.com
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

R. Bradford Brittian
bbrittian@merchantgould.com
John T. Winemiller
jwinemiller@merchantgould.com
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932

*Counsel for Defendant*
*American Accessories International, L.L.C.*

I further certify that on the 8th day of June 2016, I served a copy via email to:

Richmond Turner Moore (*pro hac vice* pending)
rtmoore@wc.com
Shauna Meryl Kramer (*pro hac vice* pending)
skramer@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005

*Counsel for Defendant*
*American Accessories International, L.L.C.*

                                                  /s/
Paige Sharpe
*Counsel for Plaintiff Philip Morris USA Inc.*