AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Philip Morris USA, Inc. | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   3:15-cv-00577 |
| American Accessories International, L.L.C. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Accessories International, L.L.C.

Date:   June 7, 2016

*Attorney's signature*

Joseph Andrew Keyes - VA Bar No. 37972
*Printed name and bar number*

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

*Address*

akeyes@wc.com
*E-mail address*

202-434-5584
*Telephone number*

202-434-5029
*FAX number*