UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| PHILIP MORRIS USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15-cv-577 |
| | ) |
| AMERICAN ACCESSORIES INTERNATIONAL, L.L.C., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AMERICAN ACCESSORIES INTERNATIONAL, L.L.C.'S
MOTION FOR SANCTIONS FOR SPOLIATION**

For the reasons set forth in the accompanying memorandum, Defendant American Accessories International, L.L.C. ("AAI") respectfully moves the Court to impose under Federal Rule of Civil Procedure 37(e) appropriate sanctions on PM for failure to preserve ESI, including instructing the jury that it must presume that the destroyed information was unfavorable to PM, or, at a minimum, barring PM from introducing any testimony or argument that Ms. Isemann was not responsible for determining what safety testing to perform on the Flashlight, and any other relief the Court finds appropriate.

Dated: June 28, 2016        Respectfully submitted

                    /s/ J. Andrew Keyes
                J. Andrew Keyes (VSB No. 37972)
                    Email: akeyes@wc.com
                Richmond T. Moore (*pro hac vice*)
                    Email: rmoore@wc.com
                Shauna M. Kramer (*pro hac vice*)
                    Email: skramer@wc.com

        WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

- AND -

F. Douglas Ross (VSB No. 23070)
    Email: douglas.ross@ofplaw.com
Luke J. Archer (VSB No. 81815)
    Email: luke.archer@ofplaw.com

ODIN, FELDMAN & PITTLEMAN, PC
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
Tel: (703) 218-2100

*Attorneys for American Accessories International, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the twenty-eighth day of June, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anand Agneshwar
 Email:  anand.agneshwar@aporter.com

ARNOLD & PORTER LLP
399 Park Ave
New York, NY 10222-4690
Tel:  212.715.1107

Turner A. Broughton
 Email:  tbroughton@williamsmullen.com

WILLIAMS MULLEN (RICHMOND)
200 South 10th St, 16th Floor (23219)
P. O. Box 1320
Richmond, VA 23218-1320
Tel:  804.420.6588
Fax:  804.420.6507

Emily Muriel May
 Email:  email.may@aporter.com
Jocelyn Wiesner
 Email:  jocelyn.wiesner@aporter.com
Michael Erich Kientzle
 Email:  michael.kientzle@aporter.com
Paige Hester Sharpe
 Email:  paige.sharpe@aporter.com

ARNOLD & PORTER LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel:  202.942.5000
Fax:  202.942.5999

*Attorneys for Plaintiff PM USA*


 /s/ J. Andrew Keyes
 J. Andrew Keyes

*Attorney for American Accessories International, L.L.C.*