# CIVIL JURY TRIAL
## MINUTE SHEET

DATE:   7/18/16

| | |
|---|---|
| **United States District Court** | **Eastern District of Virginia - Richmond Division** |
| CASE TITLE<br>Philip Morris USA Inc.<br>v.<br>American Accessories International LLC | CASE NO: 3:15CV577<br><br>JUDGE: Gibney<br><br>COURT REPORTER: Kim Ribaric |

MATTER COMES ON FOR:   JURY TRIAL (X )

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (✓) EMPANELED, SWORN TO TRY ISSUE (✓)

*Case settled; jurors excused*

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( )   MOTION( ):_____

REBUTTAL EVIDENCE ADDUCED   ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED   ( )   ARGUMENTS OF COUNSEL HEARD   ( )

JURY CHARGED BY THE COURT   ( )   ALTERNATE JUROR(S) DISCHARGED   ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY   * JURY OUT: _____
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )   ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: _____
Anand Agneshwar, Paige H. Sharp, Jocelyn Wiesner, Emily May,
Turner A. Broughton, Brendan O'Toole
Counsel for the Plaintiff(s)

J. Andrew Keyes, Richmond T. Moore, Shauna M. Kramer
Counsel for the Defendant(s)

SET: 10:00   BEGAN: 10:16   VOIR DIRE:   ENDED:   TIME IN COURT:
RECESSES:                        10:23-11:57   12:27              1:42

11:20 - 11:46